IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

KING MALONE, JR.,

Defendant.                                   No. 12-CR-30246-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is defendant's motion to reconsider (Doc. 37). Defendant claims he has certain medical conditions that are exacerbated by the conditions at the St. Clair County jail where he is being housed awaiting transfer to the Bureau of Prisons ("BOP"). Defendant seeks to be released on bond and allowed to self-surrender upon designation with the BOP. The government opposes the motion, arguing that defendant's medical conditions do not justify defendant's release on bond (Doc. 39).

Having carefully considered defendant's motion, the Court hereby **DENIES** the same. The United States Marshals Service is responsible for overseeing defendant's medical care, and is able to determine the best site where defendant can obtain that care. Defendant's need for medical care does not change the

Court's analysis regarding the need to detain defendant after sentencing. Therefore, defendant's motion for reconsideration (Doc. 37) is **HEREBY DENIED.**

**IT IS SO ORDERED.**

Signed this 5th day of June, 2013.

Digitally signed by David R. Herndon
Date: 2013.06.05 15:12:00 -05'00'

**Chief Judge**
**United States District Court**